**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-2636-RBJ

HR BRIARGATE, LLC,

    Plaintiff,

v.

COLORADO SPRINGS ORTHOPEDIC GROUP,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [Docket No. 51] of Judge R. Brooke Jackson entered on February 4, 2014, granting Summary Judgment, it is

ORDERED that Judgment shall be entered in favor of the plaintiff, HR Briargate, LLC, and against the defendant, the Colorado Springs Orthopedic Group; and Plaintiff shall recover from Defendant the amount of two hundred six thousand four hundred seventy-five dollars and eleven cents ($206,475.11) plus interest, costs, expenses and attorney's fees as provided by the contract. The Court directs the parties through counsel to confer and attempt to reach a stipulation on the latter amounts to be added to the judgment. It is further

ORDERED that the plaintiff is **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 5th day of February, 2014.

    FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Julie Dynes

Julie Dynes, Deputy Clerk